# United States District Court
# Northern District of Illinois

In the Matter of

Jose Montanez

v.

Reynaldo Guevara, et al.

District Judge Manish S. Shah

Case No. 17-CV-4560

Designated Magistrate Judge
M. David Weisman

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Rebecca R. Pallmeyer to be related to 17-CV-2869 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Manish S. Shah**

Date: Tuesday, August 22, 2017

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Manish S. Shah

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Tuesday, August 22, 2017

District Reassignment - Finding of Relatedness