**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Jose Montanez

                                Plaintiff,

v.                                                          Case No.: 1:17–cv–04560
                                                            Honorable Manish S. Shah

Reynaldo Guevara, et al.

                                Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 15, 2018:

         MINUTE entry before the Honorable Jeffrey Cole: Motion hearing held. Plaintiff's motion to alter discovery schedule [72] is denied. The parties report the depositions have been scheduled for 4/10/2018 through May 9. Discovery is appropriate and shall go on despite the pending motions to dismiss, especially since the ruling on those motions will not end the case. Plaintiff shall turn over the discs that were discussed in court by close−of−business 3/15/18. Defendant's oral motion for a protective order is granted. Depositions will proceed in accordance with Redwood v. Dobson, 476 F.3d 462, 468 (7th Cir.2007). See also LM Ins. Corp. v. ACEO, Inc., 275 F.R.D. 490, 492 (N.D.Ill. 2011). The parties are urged to call chambers at 312−435−5601 if any issues arise during depositions. Status hearing is set for 5/7/2018 at 08:30 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.