IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Montanez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 C 4560 |
| v. | ) | |
| | ) | Honorable Manish S. Shah |
| Reynaldo Guevara, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Counsels of Record

**PLEASE TAKE NOTICE** that July 17, 2018 at 9:45 a.m., I shall appear before the Honorable Manish Shah in the courtroom usually occupied by him in the United States District Court, Northern District of Illinois, Eastern Division, and present the attached <u>Defendants' Motion to Withdraw Counsel.</u>

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Christina C. Chojnacki.*
Christina C. Chojnacki
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois  60602
(312) 603-3473
christina.chojnacki@cookcountyil.gov

## CERTIFICATE OF SERVICE

Christina C. Chojnacki hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the <u>Defendants' Motion to Withdraw Counsel</u> was served pursuant to the District Court's ECF system as to ECF filers on July 11, 2018.

*/s/ Christina C. Chojnacki.*
Christina C. Chojnacki