**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Jose Montanez
                           Plaintiff,

v.                                                      Case No.: 1:17−cv−04560
                                                          Honorable Manish S. Shah

Reynaldo Guevara, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 18, 2018:

      MINUTE entry before the Honorable Jeffrey Cole: Status hearing held and continued to 2/7/2019 at 08:30 AM. Counsel report they are working on scheduling depositions and working on the confidentiality issue on the Coughlan deposition. Counsel are again urged to call chambers at 312−435−5601 if any issues arise during depositions or any other issues arise. Motion hearing held. Plaintiff's motion to take the deposition of incarcerated witness Timothy Rankins [135] is granted.Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.