# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ARMANDO SERRANO | ) | |
| | ) | Case No. 17 CV 2869 |
| Plaintiff, | ) | |
| | ) | Judge Manish S. Shah |
| vs. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JOSE MONTANEZ | ) | |
| | ) | Case No. 17 CV 4560 |
| Plaintiff, | ) | |
| | ) | Judge Manish S. Shah |
| vs. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CITY DEFENDANTS AND PLAINTIFFS' JOINT STATUS REPORT

Pursuant to the Court's June 29, 2021 Order (Dkts. 313), the parties submit the following joint status report:

### Update on Settlement

1. On July 21, 2021, City Defendants submitted the City's standardized draft pre-city council settlement documents to Plaintiffs.

2. On July 28, 2021, Plaintiffs responded with suggested edits with the caveat that there would be additional language they would be requesting to be added to the documents.

3. The parties expect to be able to work through the requested edits and have this part of the settlement process finalized by August 11, 2021.

Dated: July 29, 2021

/s/Josh M. Engquist
JOSH M. ENGQUIST
Special Assistant Corporation Counsel
*One of the Attorneys for*
*Defendants Mingey and Halvorsen*

James G. Sotos
Josh Engquist
Jeffrey R. Kivetz
David A. Brueggen
Carson W. Canonie
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
630-735-3300
jegnquist@jsotoslaw.com

CELIA MEZA,
Corporation Counsel for City of Chicago,

by: /s/ Eileen E. Rosen
EILEEN E. ROSEN
Special Assistant Corporation Counsel
*One of the Attorneys for*
*Defendant City of Chicago*

Eileen E. Rosen
Austin Gordon Rahe
Catherine Macneil Barber
Theresa Berousek Carney
Rock Fusco & Connelly, LLP
321 N. Clark, Suite 2200
Chicago
erosen@rfclaw.com

Respectfully submitted,

/s/Thomas M. Leinenweber
THOMAS M. LEINENWEBER
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants*
*Guevara*

Thomas Leinenweber
James Daffada
Megan K. McGrath
**Leinenweber Baroni & Daffada LLC**
120 N. LaSalle Street Suite 2000
Chicago, Illinois 60602
(866) 786-3705
thomas@ilesq.com

/s/*Ashley Cohen*
Ashley Cohen
*One of the Attorneys for Serrano*

Jennifer Bonjean
Ashley Cohen
Bonjean Law Group, PLLC
467 St. Johns Place
Brooklyn, New York. 11238
718-875-1850
ashley@bonjeanlaw.com

/s/ Russell Ainsworth
*One of the Attorneys for Jose*
*Montanez*
Arthur Loevy
Jon Loevy
Russell Ainsworth
Ruth Brown
Rachel Brady
LOEVY & LOEVY
311 N Aberdeen St., 3rd FL
Chicago, IL 60607
(312) 243-5900
russell@loevy.com