IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARMANDO SERRANO | ) | |
| | ) | Case No. 17 CV 2869 |
| Plaintiff, | ) | |
| | ) | Judge Manish S. Shah |
| vs. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JOSE MONTANEZ | ) | |
| | ) | Case No. 17 CV 4560 |
| Plaintiff, | ) | |
| | ) | Judge Manish S. Shah |
| vs. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**COUNTY DEFENDANTS AND PLAINTIFFS' JOINT
STATUS REPORT ON THEIR AVAILABILITY FOR TRIAL**

Pursuant to the Court's June 29, 2021 Order (Dkt. 284), the parties submit the following joint status report:

**Trial Availability**

1. The parties have conferred and report that they are available for trial on May 2, 2022, and continuing on any date thereafter.

2. The parties agree to submit the proposed pretrial order one month in advance of the commencement of trial and are available for the final pretrial conference two weeks in advance the commencement of trial or at the convenience of the Court.

Dated: July 29, 2021 　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Paula S. Quist* <br> Paula S. Quist (IL 6278287) <br> pquist@jonesday.com <br> Morgan R. Hirst (IL 6275128) <br> mhirst@jonesday.com <br> Leigh A. Krahenbuhl (IL 6309479) <br> lkrahenbuhl@jonesday.com <br> Kristina K. Cercone (IL 6306298) <br> kcercone@jonesday.com <br> JONES DAY <br> 77 West Wacker <br> Chicago, IL  60601.1692 <br> Telephone:  (312) 782-3939 <br><br> *Counsel for Defendant Matthew Coghlan* | /s/*Ashley Cohen* <br> Ashley Cohen <br> Jennifer Bonjean <br> Ashley Cohen <br> Bonjean Law Group, PLLC <br> 467 St. Johns Place <br> Brooklyn, New York. 11238 <br> 718-875-1850 <br> ashley@bonjeanlaw.com <br><br> *Counsel  for Plaintiff Serrano* |
| */s/ Joseph Hodal* <br> Joseph Hodal <br> Joseph.hodal@cookcountyil.gov <br> COOK COUNTY STATE'S ATTORNEY'S OFFICE <br> Complex Litigation Unit <br> 50 West Washington St. <br> 5th Floor <br> Chicago, IL  60602 <br> Telephone:  (312) 603-3362 <br><br> *Counsel for John Dillon and Cook County* | */s/ Russell Ainsworth* <br> Arthur Loevy <br> Jon Loevy <br> Russell Ainsworth <br> Ruth Brown <br> Rachel Brady <br> LOEVY & LOEVY <br> 311 N Aberdeen St., 3rd FL <br> Chicago, IL 60607 <br> (312) 243-5900 <br> russell@loevy.com <br><br> *Counsel for Plaintiff Montanez* |

Case: 1:17-cv-04560 Document #: 288 Filed: 07/29/21 Page 3 of 3 PageID #:8801