IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARMANDO SERRANO | ) | |
| | ) | Case No. 17 CV 2869 |
| Plaintiff, | ) | |
| | ) | Hon. Manish S. Shah |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, ERNEST HALVORSEN, EDWARD MINGEY, MATTHEW COGHLAN, JOHN DILLON, the CITY OF CHICAGO, and COOK COUNTY | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JOSE MONTANEZ | ) | |
| | ) | Case No. 17 CV 4560 |
| Plaintiff, | ) | |
| | ) | Hon. Manish S. Shah |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, ERNEST HALVORSEN, EDWARD MINGEY, MATTHEW COGHLAN, JOHN DILLON, the CITY OF CHICAGO, and COOK COUNTY | ) ) ) ) | |
| Defendants. | ) | |

**FINAL AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, Defendant Cook County and the Plaintiffs in the above-captioned actions having reached agreement to settle this matter as to all remaining Defendants, and the respective parties being represented by counsel, Plaintiffs, ARMANDO SERRANO, by his attorney, Bonjean Law Group, PLLC, and JOSE MONTANEZ, by his attorney, Loevy & Loevy; Defendants COOK COUNTY and JOHN DILLON, by their attorney, Jessica M. Scheller, Chief; Advice, Business & Complex Litigation Division - Civil Actions Bureau, Cook County State's Attorney; and Defendant MATTHEW

1

COGHLAN, by his attorney Jones Day, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiffs Armando Serrano and Jose Montanez against Defendants Cook County, John Dillon and Matthew Coghlan are dismissed with prejudice, with no award of attorneys' fees or costs to any party.

_____
MANISH S. SHAH, U.S. District Judge
DATED: May 10, 2022